☒ FILED   ☐ LODGED

**Aug 27 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# WAIVER OF INDICTMENT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Shakia Michelle Rose,<br><br>Defendant. | No. CR-25-01188-PHX-SPL (ESW) |

Shakia Michelle Rose, the above-named defendant, who is accused of Conspiracy, in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Shakia Michelle Rose
Defendant

_____
Donna Elm
Counsel for Defendant

Date  8/22/2025