☒ FILED    ☐ LODGED

# Aug 27 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-01188-PHX-SPL (ESW) |
| Plaintiff, | |
| v. | **CONSENT OF DEFENDANT** |
| Shakia Michelle Rose, | |
| Defendant. | |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒    Change of Plea Hearing

☐    Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this 22nd day of August, 2025.

Shakia Michelle Rose,
Defendant

Donna Elm
Counsel for Defendant

Aron Ketchel
Assistant U.S. Attorney

Digitally signed by ARON KETCHEL
Date: 2025.08.25 08:57:39 -07'00'